IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal Action No. 7:15-cr-00043 |
| AUDREY OBIN, ) | |
| ) | By: Elizabeth K. Dillon |
| Defendant. ) | United States District Judge |

**FINAL ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby ADJUDGED AND ORDERED as follows:

1. The government's motion to dismiss, Dkt. No. 116, is GRANTED;

2. Obin's motion pursuant to 28 U.S.C. § 2255, Dkt. No. 97, is DISMISSED;

3. This action shall be STRICKEN from the active docket of this court; and

4. Finding that Obin has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is DENIED.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

Entered: November 27, 2017.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge